AO 91 (Rev. 08/09) Criminal Complaint

FILED November 8, 2019
(Date)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### U.S. MAGISTRATE JUDGE

for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Travis M. Butler<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 3:19mj316<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 1, 2019 - Present in the county of Escambia in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | -Production of Child Pornography |
| 18 U.S.C. Section 2252A(a)(2) & (5) | -Receipt & Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Lindsey Bosso
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-8-19

City and state: Pensacola, Florida

*Judge's signature*

U.S. Magistrate Judge Elizabeth M. Timothy
*Printed name and title*

Print Form